# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI GIORDANO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| AMERICAN AIRLINES, INC. | : | NO. 21-cv-4871 |

**O R D E R**

AND NOW this 25th day of February 2022, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for May 27, 2022, at 10**:**00 a.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE